MICHELLE R. BERNARD  (SBN:  144582)
mbernard@grsm.com
LAURA G. RYAN (SBN:  184363)
lryan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 230-7769
Facsimile:  (619) 696-7124

Attorneys for Defendant
AMCO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTINELA GAS STATION, INC., a California corporation,<br><br>                              Plaintiff,<br><br>          vs.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; CRUM & FORSTER SPECIALTY INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>                              Defendants. | CASE NO. 2:19-cv-10805-VAP-KSx<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Filed Concurrently With:<br>Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Keith Sklerov; Declaration or Robert Stayton; Declaration of Michelle R. Bernard; and [Proposed] Order<br><br>Judge:      Hon. Virginia A. Phillips<br>Date:       1/25/2021<br>Time:       2:00 p.m.<br>Room:      8A |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 25, 2021, at 2:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 8A of the above-entitled Court, located at 350 West 1st Street, Los Angeles, CA 90012, Defendant AMCO INSURANCE COMPANY ("Defendant" or "AMCO") will and hereby does move this Court for an order granting summary judgment or alternatively partial summary

*Gordon Rees Scully Mansukhani, LLP*
*101 W. Broadway, Suite 2000*
*San Diego, CA 92101*

judgment in favor of AMCO and against Plaintiff CENTINELA GAS STATION, INC. ("Plaintiff" or "Centinela") on the following claims as stated in the Complaint:

1. AMCO is entitled to summary judgment on both of Plaintiff's claims (First Cause of Action for Breach of Contract and Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing) on the ground that Plaintiff is precluded from presenting any evidence in opposition to this motion based on its failure to make any initial disclosures as required by Federal Rules of Civil Procedure.

<u>Alternatively</u>, AMCO moves this Court for an order granting summary judgment in favor of AMCO and against Plaintiff Con the following claims as stated in the Complaint:

2. AMCO is entitled to summary judgment, or alternatively partial summary judgment, on the First Cause of Action in the Complaint (Breach of Contract) because Centinela has failed to establish that AMCO has withheld or denied any policy benefits due or owing to Centinela and Centinela has no competent evidence that AMCO acted unreasonably in handling its property damage claim.

3. AMCO is entitled to summary judgment, or alternatively partial summary judgment, on the Second Cause of Action in the Complaint (Breach of the Implied Covenant of Good Faith and Fair Dealing) because Centinela has failed to produce any competent evidence that AMCO acted unreasonably in handling Centinela's property damage claim because there was genuine dispute regarding the cause of the property loss.

4. AMCO is entitled to summary judgment, or alternatively partial summary judgment, on Centinela's request for punitive damages because Plaintiff alleges no specific facts and has produced no credible evidence to warrant the imposition of punitive damages against AMCO as a matter of law.

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1    This motion is based upon this Notice and Motion, the concurrently filed
2    Memorandum of Points and Authorities, Separate Statement of Uncontroverted
3    Facts and Conclusion of Law, Declaration of Keith Sklerov, Declaration of Robert
4    Stayton and the Declaration of Michelle R. Bernard as well as the pleadings, papers,
5    and records on file in this action, and such further oral and/or documentary evidence
6    to which this Court may properly take judicial notice and/or which may be raised
7    prior to or at the hearing on this motion.

8    This motion is made following the conference of counsel pursuant to L.R. 7-
9    3, which took place on July 30, 2020.

10

11   Dated:  December 11, 2020        GORDON REES SCULLY MANSUKHANI, LLP

12

13                                   By:   */s/ Michelle R. Bernard*
14                                         Michelle R. Bernard  (SBN:  144582)
                                           Laura G. Ryan (SBN:  184363)
15                                         Attorneys for Defendant
                                           AMCO INSURANCE COMPANY
16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1202982/52467422v.1