# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTINELA GAS STATION, INC., a California corporation,<br><br>             Plaintiff,<br><br>   vs.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; CRUM & FORSTER SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>             Defendants. | CASE NO. 2:19-cv-10805-VAP-KSx<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br><u>Filed Concurrently With:</u><br>Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Keith Sklerov; Declaration or Robert Stayton; and Declaration of Michelle R. Bernard<br><br>Judge:   Hon. Virginia A. Phillips<br>Date:    1/25/2021<br>Time:    2:00 p.m.<br>Room:    8A |

Defendant AMCO Insurance Company ("AMCO" or "Defendant") have brought this Motion for Summary Judgment, or in the alternative, Partial Summary Judgment, against plaintiff Centinela Gas Station, Inc. ("Centinela" or "Plaintiff"). Said Motion was heard on January 25, 2021 at 2:00 p.m., or soon thereafter, in Courtroom 8A of the above-entitled Court.

After full consideration of all papers filed in support of and in opposition to said Motion, the argument of counsel, all other matters presented to the Court, and for good cause appearing thereof **IT IS HEREBY ORDERED THAT** Defendant's Motion for Summary Judgment is **GRANTED** on grounds that:

1) AMCO is entitled to summary judgment on both of Plaintiff's claims (First Cause of Action for Breach of Contract and Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing) on the ground that Plaintiff is precluded from presenting any evidence in opposition to this motion based on its failure to make any disclosure as required by Federal Rules of Civil Procedure;

[**OR**]

2) Plaintiff's First Cause of Action (Breach of Contract) against Defendant fails because AMCO properly denied coverage under the policy it issued to Centinela and Centinela has no competent evidence that AMCO acted unreasonably in handling its property claim.

3) Plaintiff's Second Cause of Action (Breach of the Implied Covenant of Good Fair and Fair Dealing) fails because Centinela has no competent evidence that AMCO acted unreasonably in handling its property claim because there was genuine dispute regarding the cause of the property loss.

4) Plaintiff's claim for punitive damages fails because Plaintiff alleges no specific facts and has produced no credible evidence to warrant the imposition of punitive damages against AMCO as a matter of law.

**[OR]**

Defendant is entitled to partial summary judgment with respect to Plaintiff's cause(s) of action/claim for:

1) Breach of Contract (First Cause of Action);

2) Breach of the Implied Covenant of Good Faith and Fair Dealing (Second Cause of Action); and/or

3) Punitive Damages.

**IT IS SO ORDERED.**

Date: _____            _____
                                 Hon. Virginia A. Phillips
                                 UNITED STATES DISTRICT
                                 COURT JUDGE