JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Centinela Gas Station, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Crum and Forster Specialty Insurance Company et al., <br> Defendants. | 2:19-cv-10805-VAP-KSx <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *Centinela Gas Station, Inc. v. Crum and Forster Specialty Insurance Company et al.*, 2:19-cv-10805-VAP-KSx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    1/25/21

*[signature]*
Virginia A. Phillips
United States District Judge